

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Johnnie Bradley v. The State of Texas

Appellate case number:    01-12-00713-CR

Trial court case number:   1308876

Trial court:                      338th District Court of Harris County

      Pursuant to Texas Rules of Appellate Procedure 34.5(c) and 44.3, the trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing a bill of costs. If no bill of costs currently exists, the trial court clerk or an officer of the court is **ordered** to prepare a bill of costs for inclusion in the supplemental record. *See* TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2001) ("If a criminal action or proceeding . . . is appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action . . . is . . . appealed.").

      The supplemental clerk's record shall be filed in the First Court of Appeals **no later than March 26, 2014**.

      It is so ORDERED.

Judge's signature: /s/ Terry Jennings
              ☑ Acting individually    ☐ Acting for the Court

Date: March 11, 2014